UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

**LEVON BAZEMORE,**

Petitioner,

v.           4:96-cv-141

**UNITED STATES OF AMERICA,**

Respondent.

## ORDER

Before the Court is Petitioner Levon Bazemore's ("Bazemore") motion for a voluntary dismissal of two other pending motions in this case. *See* Doc. 167; *see also* Docs. 162 (Rule 59(e) motion to reconsider); 165 (motion to vacate). Bazemore wishes to air his grievances through another currently pending habeas action. *See Bazemore v. United States*, No. 4:11-cv-259 (Oct. 17, 2011).

Accordingly, Bazemore's motion to dismiss, *see* Doc. 167, is ***GRANTED***. Bazemore's Rule 59(e) motion to reconsider, *see* Doc. 162, and motion to vacate, *see* Doc. 165, are ***DISMISSED***.

This 17th day of January 2012.

*[signature]*
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA